JS - 6  **LINKS: 1, 4**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00280 GAF (MRWx) | Date | February 24, 2012 |
|---|---|---|---|
| Title | Four Star Real Estate v. Dink Properties Inc et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** **(In Chambers)**

### ORDER REMANDING CASE

On September 30, 2011, Plaintiff Four Star Real Estate filed an unlawful detainer action against Defendant Dink Properties, Inc. in Los Angeles Superior Court. (Docket No. 1, Not., Ex. 3 [Compl.].) On January 11, 2012, Defendant removed the case to this Court, alleging that the Court had subject matter jurisdiction under 28 U.S.C. § 1443(1). (Not. at 1-2.) On January 26, 2012, this Court issued an Order to Show Cause ordering Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction. (Docket No. 4, 2/26/12 Order.) The Court's order directed Defendant to file its response by no later than February 9, 2012, and advised that a failure to file a timely response would be deemed consent to an order remanding the case. (Id. at 4.)

To date, Defendant has not filed a response to the Court's Order to Show Cause. The Court therefore **REMANDS** this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**